Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MICHAEL BRADY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADY,<br><br>  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A.<br><br>  Defendant(s), | Case No.: 3:23-cv-00072-MMA-DEB<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Magistrate Daniel E. Butcher |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MICHAEL BRADY ("Plaintiff") and BANK OF AMERICA, N.A., ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

   Plaintiff intends to file a request for dismissal with prejudice as to all

Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: April 25, 2023,　　　　　　By:　　*s/ Ahren A. Tiller*
　　　　　　　　　　　　　　　　　　　　ahren.tiller@blc-sd.com

　　　　　　　　　　　　　　　　　　　　Ahren A. Tiller
　　　　　　　　　　　　　　　　　　　　BLC Law Center, APC
　　　～～～～～～～～～～～～～～～～Attorneys for Plaintiff

## PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On April 25, 2023, I served the following documents:

☒ NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On: Adam F. Summerfield – asummerfield@mcguirewoods.com. Hilary.Barton@troutman.com. LitigationDocketRequests@troutman.com, OCCcourtnotices@troutman.com, evelyn.duarte@troutman.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 25, 2023,            By:   *s/ Ahren A. Tiller*
                                        ahren.tiller@blc-sd.com

                                        Ahren A. Tiller
                                        BLC Law Center, APC
                                        Attorneys for Plaintiff